UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION


FILED
FEB 22 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNDISTRIBUTED BALANCE

TO: CLERK, U.S. BANKRUPTCY COURT

FROM: MICHAEL H. MEYER, CHAPTER 13 TRUSTEE

DATE: FEBRUARY 2, 2011

DEBTOR (S): DOUGLAS JOHN RICHARDS & SANDRA DIANE RICHARDS

CASE NUMBER: 10-12152

AMOUNT: $5569.88

CAN #: Unclaimed money: TREASURY REGISTRY

   Transmitted herewith is a check in the above amount for deposit with the Court as undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court". Attach check to original plus two copies of this form.)

EXPLANATION OF SOURCES:

      UNCLAIMED CREDITOR FUNDS

      TRUSTEE CLAIM NUMBER: 004

      FRESNO MADERA FEDERAL LAND BANK ASSOC
      ATTN MR YLARREGUI
      PO BOX 13069
      FRESNO, CA 93794-3069

      ACCT NO: 9001

                                      TRUSTEE

Receipt # 2-11-05468